UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DONALD D'AMICO, ) | 3:11-CV-0860-RCJ (VPC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | January 24, 2013 |
| ROBERT BANNISTER, et al., ) | |
| Defendant(s). ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion to seal medical records filed in support of defendants' motion for summary judgment (#15). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion to seal medical records filed in support of defendants' motion for summary judgment (#15) is **GRANTED**. The medical records (#17) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
      Deputy Clerk