FILED ✓ / RECEIVED ___ / ENTERED ___ / SERVED ON COUNSEL/PARTIES OF RECORD

FEB 11 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD D'AMICO, | 3:11-CV-0860-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | February 11, 2014 |
| ROBERT BANNISTER, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's filed a motion to have United States District Court Clerk send plaintiff's transcript order and designation of transcripts to the Ninth Circuit Court of Appeals to be used in record on appeal (#45). Plaintiff's motion (#45) is **DENIED as moot**.

In his motion plaintiff appears to be asking for copies of certain court orders to be transmitted to the Court of Appeals. Plaintiff is advised that when a notice of appeal is filed, the entire court file is designated as the "record on appeal." Plaintiff is further advised that because he is proceeding without counsel, the excerpts of record requirement is waived. See 9th Cir. R. 30-1.2.

Only two very brief hearings on the record transpired from which a transcript could be created. First is a sealed recording of the conclusion of the unsuccessful early inmate mediation (#11), and second, a brief hearing regarding plaintiff's review of medical records (#30). Neither appears to be related to the issue on appeal. Plaintiff's motion was transmitted to the Ninth Circuit Court of Appeals on April 3, 2013 and the USCA did not request any transcripts.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk